### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MALOTUTASI ETEUINI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 09-CV-2649-JTM/DWB |
| ) | |
| D.L. Rogers Corp. ) | |
| ) | |
| and ) | |
| ) | |
| DLR Restaurant Group, Inc. ) | |
| ) | |
| Defendants. ) | |
| ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Malotutasi Eteuini and Defendants D.L. Rogers Corp. and DLR Restaurant Group, Inc., and through their counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), stipulate to the dismissal with prejudice of Plaintiff's cause of action against Defendants in its entirety, each party bearing its own costs, expenses and attorneys' fees.

Respectfully Submitted by:

SLOAN, EISENBARTH, GLASSMAN,
  MCENTIRE & JARBOE, L.L.C.
1000 Bank of America Tower
534 S. Kansas Ave.
Topeka, Kansas 66603
Telephone   (785) 357-6311
Fax         (785) 357-0152

BY: s/Michael S. Heptig
    Alan V. Johnson, KS #9992
    Christopher W. Sook, KS #20737
    Michael S. Heptig, KS #23199
    **ATTORNEYS FOR PLAINTIFF**

**AND**

BY: <u>s/Joseph y. Holman</u>
    Joseph Y. Holman
    William A. Mallory
    Holman Hansen & Colville, P.C.
    10740 Nall Avenue, Suite 200
    Overland Park, KS 66211
    TEL:  (913) 648-7272
    FAX:  (913) 383-9596
    **ATTORNEYS FOR DEFENDANTS**